UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>     Plaintiff,<br><br>vs.<br><br>JAMES R. WINBUSH,<br>     Defendant. | )<br>)<br>)<br>)  CAUSE NO. 1:24-cr-00031-JMS-MJD<br>)<br>)<br>) |

**REPORT AND RECOMMENDATION**

On October 10, 2025, the Court held a hearing on the Petition for Warrant or Summons for Offender under Supervised Release filed on August 15, 2025, and order granting Petition on August 20, 2025. [Dkt. Nos. 11, 12.] Defendant appeared in person with his appointed counsel Gwen Beitz.  The government appeared by Patrick Gibson, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Angela Smith.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

   1.   The Court advised Defendant of his rights and provided him with a copy of the petition.  Defendant orally waived his right to a preliminary hearing.

   2.   After being placed under oath, Defendant admitted violation numbered 2. Government orally moved to withdraw the remaining violations numbered 1 and 3, which motion was granted by the Court. [Dkt. Nos. 11, 12.]

   3.   The allegation to which Defendant admitted, as fully set forth in the petition, is:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| 2 | **"You shall not commit another federal, state, or local crime."** |

> As previously reported to the Court, on February 24, 2024, Mr. Winbush was arrested for Operating a Vehicle While Intoxicated Endangering a Person, a Class A Misdmeanor, Operating a Vehicle with Alcohol Concentration Equivalent to .15 or More, a Class A Misdemeanor and Operating a Vehicle While Intoxicated, a Class C Misdemeanor in Marion County case number: 49D18-2502-CM-006668. On April 3, 2025, he was found guilty of Operating a Vehicle While Intoxicated Endangering a Person, a Class A Misdemeanor and sentenced to 282 days probation.

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade C violation.

   (b) Defendant's criminal history category is II.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 4 to 10 months' imprisonment.

5. The parties jointly recommended a sentence of time served with no supervised release to follow.

The Magistrate Judge, having considered the relevant factors in 18 U.S.C. § 3553(a) and § 3583(e), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to a term of imprisonment of time served with no supervised release to follow.

The Defendant shall remain in custody pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 10/10/2025

_____
M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system