UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:24-cr-00031-JMS-MJD |
| ) | |
| JAMES R. WINBUSH (01), ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge M. Kendra Klump's Report and Recommendation dkt [17] recommending that James R. Winbush's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Klump's Report and Recommendation dkt [17]. The Court finds that Mr. Winbush committed Violation Number 2 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkts. [11 & 12]. The Court dismissed Violation Numbers 1 and 3 at dkts [11 & 12]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Winbush is sentenced to Time Served and with no supervised release to follow.

Date: 10/14/2025

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system